Cite as 2026 Ark. 61

# SUPREME COURT OF ARKANSAS
**No.** CR–24–854

| | | |
|---|---|---|
| NICHOLAS MILLS | | **Opinion Delivered:** January 29, 2026 |
| | APPELLANT | APPEAL FROM THE POPE COUNTY CIRCUIT COURT [NO. 58CR-23-661] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE BARBARA HALSEY, JUDGE |
| | APPELLEE | <u>DISSENTING OPINION FROM DENIAL OF PETITION FOR REVIEW</u>. |

**NICHOLAS J. BRONNI, Associate Justice**

The court of appeals rejected Nicholas Mills's challenge to evidence admitted at his sentencing, holding that he could not establish prejudice because he received a sentence less than the statutory maximum. *Mills v. State*, 2025 Ark. App. 476, at 4–5, 723 S.W.3d 649, 652. No one has ever explained why that rule makes sense or is justified by precedent. *See Francis v. State*, 2025 Ark. 146, at 1–2. Nor could they since, as I've previously explained, "[j]ust because a defendant didn't receive the maximum sentence doesn't mean there weren't any prejudicial errors," and our previous case law doesn't establish such a rule. *Id.* Sadly, however, the majority passes on yet another opportunity to either attempt to justify that rule or, more correctly, overrule it. I respectfully dissent.

WEBB, J., joins.